UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-212 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLEE REILING,<br><br>Defendant,<br><br>AMERICAN SPIRIT GRAPHICS,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee. The defendant has also now paid the debt in full.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on November 28, 2001, is hereby released.

Dated: 3/14/03

Magistrate Judge
United States District Court

MAR 14 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK